# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LUIS ANTHONY WITTRIEN, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:17-cv-19 |
| v. | * | |
| NURSE PRACTITIONER FNU JODI, et al., in their individual capacities, | * | |
| Defendants. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 7, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint, as amended, for failure to prosecute and to follow this Court's Orders, **DENIES** Plaintiff *in forma pauperis* status on appeal, and **DIRECTS** the Clerk of Court to **CLOSE** this case and to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 12 day of January, 2018.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)